UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY HEAD,<br><br>    Petitioner,<br><br>v.<br><br>A. HEDGPETH, warden,<br><br>    Respondent. | Case No. CV 08-4424 VAP (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation, *de novo*. IT IS ORDERED that:

1. The Report and Recommendation is approved and adopted.

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice. Any and all other pending motions are denied as moot.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

DATED: Sept 5, 2008

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE