LODGED SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Ent                    JS-6

FILED
CLERK, U.S. DISTRICT COURT

SEP - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STANLEY HEAD,

       Petitioner,

       v.

A. HEDGPETH, warden,

       Respondent.

)
)
)
)
)
)
)
)
)

Case  No. CV 08-4424 VAP (AN)

JUDGMENT

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: _Sept 5_____, 2008

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY